UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BILLY TWO RIVERS,

                        Plaintiff,

-v-                                             No. 17-cv-5720 (RJS)
                                                 ORDER

GEORGE IVAN MORRISON, et al.,

                        Defendants.

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of a letter from the parties indicating that they are in the process of finalizing a settlement agreement that resolves this dispute. (Doc. No. 30.) Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). However, within thirty days of the date of this Order, any party may send a letter requesting to restore this action to the docket with an explanation for the request. The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated:      August 14, 2017
               New York, New York

                                                                RICHARD J. SULLIVAN
                                                                UNITED STATES DISTRICT JUDGE